UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RONALD SHELTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:08mc00058 |
| ) | Judge Trauger |
| TENNESSEE DEPARTMENT OF ) | |
| CORRECTION, ET AL., ) | |
| ) | |
| Defendants. ) | |

## O R D E R

The plaintiff, a prisoner in the Northwest Correctional Complex in Tiptonville, Tennessee, brings this action under 42 U.S.C. § 1983. The plaintiff has not, however, paid the three hundred fifty dollar ($350.00) filing fee. Neither has he submitted an application to proceed *in forma pauperis* in lieu of paying the filing fee.

The Clerk is **DIRECTED** to send a blank application to proceed *in forma pauperis* to the plaintiff along with a copy of Administrative Order No. 93. The plaintiff, in turn, is directed to submit to the Court within thirty (30) days of the date of entry of this Order either the full $350.00 filing fee, or a properly completed application to proceed *in forma pauperis*, including a copy of his inmate trust fund account statement for the 6-month period immediately preceding the date of entry of this Order.

The plaintiff is forewarned that "[i]f [he] does not comply with the district court's directions, the district court must presume that [he] is not a pauper," and "assess the . . . full amount of fees." *McGore v. Wrigglesworth*, 114 F.3d 601, 605 (6th Cir. 1997). The district court must then "order the case dismissed for want of prosecution." *Id*. If the plaintiff's case is "dismissed under these circumstances, it is not to be reinstated to the district court's active docket despite the subsequent payment of filing fees." *Id*.

An extension of time to pay the filing fee, or to submit the documentation required to proceed *in forma pauperis*, may be requested from this court if a motion for an extension of time is filed within thirty (30) days of the date of entry of this Order. *Floyd v. United States Postal Service*, 105 F.3d 274, 279 (6th Cir. 1997), *superceded on other grounds by* Rule 24, Fed. R. App. P.

It is so **ORDERED**.

_____
Aleta A. Trauger
United States District Judge